IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLAS DUPREE**<br><br>            **Petitioner,**<br>v.<br><br>**JOHN WETZEL,** *et al.*<br><br>            **Respondents.** | **CIVIL ACTION NO. 20-2392** |

## ORDER

**AND NOW,** this 23rd day of August 2023, upon careful and independent consideration of the Amended Petition for Writ of Habeas Corpus [Doc. No. 20], and the related filings, and upon review of the Report and Recommendation relating thereto [Doc. No. 44], and the objections and replies thereto, and upon consideration of Petitioner's Affidavit and Notice to Defend [Doc. No. 54], Motion under 28 U.S.C. § 1367 [Doc. No. 57], Motion for Certificate of Appealability [Doc. No. 58], and Motion for Joinder of Additional Defendants [Doc. No. 62], and for the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 44] is **APPROVED** and **ADOPTED** as set forth in the accompanying Memorandum Opinion;

2. The Amended Petition for Writ of Habeas Corpus [Doc. No. 20] is **DISMISSED and DENIED**, without an evidentiary hearing;

3. Petitioner's request for declaratory relief in his Affidavit and Notice to Defend [Doc. No. 54] is **DISMISSED**;

4. Petitioner's Motion under 28 U.S.C. § 1367 [Doc. No. 57] is **DISMISSED** for lack of jurisdiction;

1

5. Petitioner's Motion for Certificate of Appealability [Doc. No. 58] is **DENIED**. A certificate of appealability will not issue as there is no basis for concluding that reasonable jurists would debate the Court's disposition or findings;[1]

6. Petitioner's Motion for Joinder of Additional Defendants [Doc. No. 62] is **DENIED**.

7. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).